UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIANE L. MCFARLAND,

    Plaintiff,

v.                                       CASE NO. 3:16-cv-194-J-34JBT

DEPARTMENT OF THE NAVY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, which the Court construes as a Motion for Leave to Proceed *In Forma Pauperis* ("IFP Motion") (Doc. 2). For the reasons stated herein, the undersigned recommends that the IFP Motion be **DENIED** and the case be **DISMISSED without prejudice**.

Plaintiff filed her Complaint and IFP Motion on February 29, 2016. (Docs. 1 & 2.) On March 25, 2016, the Court entered an Order taking the IFP Motion under advisement and directing Plaintiff to file an amended complaint by April 25, 2016.

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

(Doc. 4 at 4.) Plaintiff was cautioned that if she failed to do so, "the undersigned will likely recommend that the District Judge deny the IFP Motion and dismiss this case without prejudice." (*Id.*)

The Order also stated in part, "the Complaint does not contain sufficient factual matter to state a claim. Plaintiff's Complaint is essentially a form, and Plaintiff has provided conclusory responses in filling out portions of the form. . . . Plaintiff does not plausibly allege non-conclusory facts that would entitle her to any relief." (*Id.* at 3–4.)

As of this date, Plaintiff has not filed an amended complaint. For this reason, and the reasons stated in the prior Order (Doc. 4), the undersigned recommends that this case be dismissed for Plaintiff's failure to state a claim upon which relief may be granted and failure to prosecute.

Accordingly, it is respectfully **RECOMMENDED** that:

1. The IFP Motion (**Doc. 2**) be **DENIED**.
2. The case be **DISMISSED without prejudice**.
3. The Clerk of Court be directed to terminate any pending motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on May 9, 2016.

_____
JOEL B. TOOMEY
United States Magistrate Judge

2

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Pro Se Plaintiff